<mark>MAR 07 2011</mark>



UNITED STATES DISTRICT COURT
Southern District of Texas

David Bradley
Clerk

P.O. Box 61010
Houston, TX 77208

March 1, 2011

U.S. District Court

Eastern District of Wisconsin

362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

    FROM: M. Lerma, Deputy Clerk
    Case No. Cr H-11-0196M

    Your Case No 10M549    USA vs Roland J. Flath

Enclosed please find all papers pursuant to Rule 5 of the Federal Rule of Criminal Procedure:

[x]    File (including minutes, orders, etc.)

[]    Bonds (any cash deposit in the Registry will be forwarded under separate cover)

[]    Passports: Passport

[]    Other:

Please sign and return a copy of this form in the enclosed envelope.

    Received by: _____    Date: _____

MAR 07 2011

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:11-mj-00196-1
## Internal Use Only

Case title: USA v. Flath                                   Date Filed: 02/24/2011
Other court case number: 10-M-549 Eastern
District of Wisconsin,
Milwaukee

Assigned to: Magistrate Judge
Frances H Stacy

### Defendant (1)

**Roland J. Flath**                      represented by **Federal Public Defender -**
*In Custodh*                                              **Houston**
                                                          440 Louisiana
                                                          Ste 310
                                                          Houston, TX 77002
                                                          713-718-4600
                                                          Fax: 713-718-4610
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Public Defender or*
                                                          *Community Defender*
                                                          *Appointment*

### Pending Counts                                        ### Disposition
None

### Highest Offense Level
### (Opening)
None

### Terminated Counts                                     ### Disposition
None

## Highest Offense Level
## (Terminated)
None

## Complaints
18:2423.F

## Disposition

## Plaintiff
USA

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/2011 |   | Arrest (Rule 40) of Roland J. Flath, filed. (mlerma, ) (Entered: 02/24/2011) |
| 02/24/2011 | 1 | Copy of Cr. Complaint filed in the Eastern District of Wisconsin as to Roland J. Flath:, filed. (mlerma, ) (Entered: 02/24/2011) |
| 02/24/2011 | 2 | Minute Entry for proceedings held before Magistrate Judge Frances H Stacy: INITIAL APPEARANCE as to Roland J. Flath, (Deft informed of rights) held on 2/24/2011. Appearances:D. Beavens AUSA.(ERO:Yes) Deft remanded to USM, filed. (mlerma, ) (Entered: 02/25/2011) |
| 02/24/2011 | 3 | Sealed Financial Affidavit CJA 23 by Roland J. Flath, filed. (Entered: 02/25/2011) |
| 02/24/2011 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER - Houston for Roland J. Flath.(Signed by Magistrate Judge Frances H Stacy) Parties notified. (mlerma, ) (Entered: 02/25/2011) |
| 02/24/2011 | 5 | WAIVER of Rule 5 & 5.1 Hearings by Roland J. Flath, filed. (mlerma, ) (Entered: 02/25/2011) |
| 02/24/2011 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Roland J. Flath. Defendant committed to Eastern District of Wisconsin. (Signed by Magistrate Judge Frances H Stacy) Parties notified. (mlerma, ) (Entered: 02/25/2011) |
| 03/01/2011 | 7 | RULE 5 Papers sent to Eastern District of Wisconsin, Milwaukee Division as to Roland J. Flath, filed.(mlerma, ) (Entered: 03/01/2011) |
|   |   |   |

| 03/01/2011 | (Court only) ***Case Terminated as to Roland J. Flath (mlerma, ) (Entered: 03/01/2011) |

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of TEXAS

FILED 2-24-11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BY DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. CR-H-11-196M |
| ROLAND J FLATH | ) Charging District's |
| *Defendant* | ) Case No. 10-M-549 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ____EASTERN____ District of ____WISCONSIN____.

The defendant may need an interpreter for this language: _____

The defendant:   ☐ will retain an attorney.

　　　　　　　　☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 2/24/2011

_Frances H. Stacy_
Judge's signature

FRANCES H. STACY UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

( ) Government moved for detention and Defendant detained after a hearing in District of arrest.

(X) Government moved for detention and Defendant detained pending a detention hearing in District of offense.
Δ reserves right to a bail hearing. None was held.

( ) Bail fixed at _____ and conditions not met.

( ) Other (specify)

**UNITED STATES DISTRICT COURT**  **SOUTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA §
§
vs. § CRIMINAL CASE H-11-196M
§
§

ROLAND J FLATH

# Order Appointing Counsel

Because the defendant has satisfied this court that he/she cannot afford to employ counsel, the court appoints the Federal Public Defender to represent him/her.

Signed on \_\_\_\_2-24-11\_\_\_\_, in Houston, Texas.

FRANCES H. STACY
United States Magistrate Judge

By Order of the Court

\_\_\_\_Beverly White\_\_\_\_
Deputy Clerk

\_\_\_\_2-24-11\_\_\_\_
Date

**COURTROOM MINUTES:**
The Honorable Frances H. Stacy, Presiding
Deputy Clerk: Beverly White
Interpreter _____ ERO D. Greenetra
USPT/USPO V-for-day
☒ OTHER DISTRICT  ☐ DIVISION ED/Wisconsin THEIR CASE# 10-M-549

OPEN 2:47 ADJOURN 2:57

**PROCEEDING HELD:**
☒ Initial Appearance  ☐ Counsel Determination Hearing  ☐ Status Hearing
☐ Bond Hearing  ☐ Identity  ☐ Hearing Continued on _____
☐ Detention Hearing  ☐ Preliminary Hearing  ☐ Other _____

CASE NUMBER CR H- 11-196M

USA VS. Roland Jr. Flath

AUSA Demitrius Beavers

☒ Date of arrest 2-23-11   ☒ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment /Complaint ☐ Information ☐ Superceding
Violation of  ☐ Supervised Release ☐ PTS

☒ Defendant ☐ Material Witness appeared  ☒ with ☐ without counsel

☒ Defendant requests appointed counsel.  ☒ Financial Affidavit executed and sworn.
☒ Order appointing Federal Public Defender  ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.  ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant _____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s) _____
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☐ Order of Detention Pending Trial entered as to Defendant(s) _____
☐ Bond revoked  ☐ Bond reinstated  ☐ Bond Continued
☒ Defendant _____ remanded to custody  ☐ M/W remanded to custody
☒ Defendant Ordered Removed to Originating District

☒ Defendant _____ Waiver of ☐ Preliminary ☒ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☒ Court finds: ☐ Probable Cause  ☒ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
☐ Arraignment  ☐ Counsel Determination Hearing  ☐ Identity Hearing
☐ Detention Hearing  ☐ Preliminary Hearing  ☐ Final Revocation Hearing