# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel J. Stiller, Federal Defender
William U. Burke
Brian T. Fahl
Calvin R. Malone
Brian P. Mullins
Joanna Perrini

517 East Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

April 8, 2011

Honorable Nancy Joseph
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE: *United States v. Roland Flath*
Case No. 11-Cr-69

Dear Judge Joseph:

Counsel for Roland Flath asks the Court to extend the deadline to file pretrial motions from April 8, 2011, to April 22, 2011. The basis for this request is that a search warrant was executed at Flath's residence in Belize. The government intends to use evidence seized pursuant to the warrant at Flath's trial. The warrant was issued by a court in Belize. The affidavit in support of the warrant and the warrant itself, however, were not provided to defense counsel in the discovery. Counsel spoke with the government regarding this issue, who advised counsel that she is attempting to procure the materials to provide to counsel. Because the search warrant documents are not apparently in the government's control at this time, counsel believes a two-week extension to file pretrial motions is needed.

The government does not oppose this request. No trial date has been set.

Thank you for your attention to this matter.

Sincerely,

**/s/     Brian P. Mullins**
Counsel for Roland Flath