# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel J. Stiller, Federal Defender
William U. Burke
Brian T. Fahl
Calvin R. Malone
Brian P. Mullins
Joanna Perrini

517 East Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

May 24, 2011

Honorable Nancy Joseph
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE: *United States v. Roland Flath*
Case No. 11-Cr-69

Dear Judge Joseph:

On April 22, 2011, Defendant Roland Flath filed a motion to dismiss the indictment, a motion to suppress evidence and a motion for a bill of particulars. The Court ordered the government to respond to the defendant's motions by May 23, 2011, but did not set a deadline for the defendant to reply. In light of the fact that the government had 30 days to respond, and the government's responses are lengthy, defense counsel asks the Court to allow the defendant until June 6, 2011, to submit his replies to the government's responses. No trial date has been set; so this schedule should not disrupt the Court's or the government's calendars.

Thank you for your attention to this matter.

Sincerely,

**/s/    Brian P. Mullins**
Counsel for Roland Flath