UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHAMBERS OF
NANCY JOSEPH
U.S. MAGISTRATE JUDGE



U.S. COURTHOUSE
517 E. WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202
(414) 297-4167

August 9, 2011

Roland Flath
# 123743525
Milwaukee County Jail
949 N. 9th Street
Milwaukee, WI 53233

Dear Mr. Flath:

I am in receipt of your July 31, 2011 letter requesting the appointment of Attorney William Burke to your case. The Court has appointed the Office of The Federal Defender Services to represent you. The determination of which particular Assistant Federal Defender represents you is, however, in the discretion of the head of that office, Federal Defender Daniel Stiller. Consequently, I am forwarding your letter to Mr. Stiller.

Yours truly,


*s/Nancy Joseph*
Hon. Nancy Joseph
United States Magistrate Judge



cc: Daniel Stiller