

U.S. Department of Justice

United States Attorney
Eastern District of Wisconsin

*517 East Wisconsin Avenue*  *414 / 297-1700*
*Milwaukee, WI 53202*

August 30, 2011

Honorable Nancy Joseph
United States Magistrate Judge
United States District Court
517 East Wisconsin Avenue, Room 249
Milwaukee, Wisconsin 53202

    RE:    *United States v. Roland J. Flath*
            Case No. 11-CR-069

Dear Magistrate Judge Joseph:

    As ordered by the Court, on today's date the parties met to determine specifically which, if any, facts contained in the five declarations filed by the government for the above–entitled case are in dispute. The defense does not contest any of the facts set forth in the five declarations. However, the defense believes that additional information about the issuance of the search warrant is needed before the suppression issue can be decided.

    Because the government is in the process of obtaining a supplemental declaration from Inspector James Moreira to address two additional factual questions from the defense, the defendant's July 22, 2011, letter requesting an extension of time is not moot as the defendant awaits this information.

    Attorney Brian Fahl has reviewed this letter and concurs with the representations made by the government.

    Thank you for your consideration in this matter.

                            Very truly yours,

                            JAMES L. SANTELLE
                            United States Attorney

                By:

                            PENELOPE L. COBLENTZ
                            Assistant United States Attorney

                            MI YUNG PARK
                            Trial Attorney, CEOS