# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,                                 Case No. 11-CR-69

    v.

ROLAND J. FLATH,

    Defendant.

## SECOND ORDER ON PENDING MOTION TO SUPPRESS

Pending before the Court is defendant's Motion to Suppress. On September 28, 2011, a status conference was held on this motion. At the hearing the defense informed the court that it was awaiting additional information from the government. The government, for its part, was waiting for the information from the Belize government. The government has now filed an addendum to its response and opposition to the motion to suppress with the additional declaration. (Docket # 45-1.)

As discussed at the status conference, in light of the new declaration filed, the defense shall submit by **October 17, 2011** its position on whether any material facts remain in dispute.

Dated at Milwaukee, Wisconsin this 12th day of October, 2011.

                                                            BY THE COURT

                                                            *s/Nancy Joseph*
                                                             NANCY JOSEPH
                                                            United States Magistrate Judge