1-15-2012

Honorable Nancy Joseph

I am again asking for a different attorney. I've written Mister Mullins asking to discuss the case and again no answer. Our last meeting was adversarial, communication wasn't possible.

I'd like to finish this but need help.

11 CR 69

Sincerely

Rubin Thust

U.S. DIST. COURT EAST DIST. WISC
RECEIVED
JAN 19 2012
AT _____ O'CLOCK _____ M
JON W. SANFILIPPO, CLERK