Law Office of Brian P. Mullins

2524 North Lake Drive, Number 20
Milwaukee, Wisconsin 53211

February 21, 2012

Honorable J.P. Stadtmueller
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Re:     *United States v. Roland Flath*
        **Case No. 11-Cr-69**

Dear Judge Stadtmueller:

Counsel for Roland Flath asks for leave to withdraw from representing Flath. Counsel believes that communication between him and Flath has deteriorated to the extent that further efforts to repair the attorney-client relationship would be futile. Counsel spoke with Flath today, who concurs with counsel's request for leave to withdraw and asks the Court to appoint new counsel on his behalf.

Given that a trial is scheduled in this case on March 19, 2012, and the government must call witnesses from Belize if the case proceeds to trial, counsel asks the Court to resolve his request for leave to withdraw as soon as possible. If the Court intends to schedule a hearing on this matter, counsel is available any time this week or the week of March 5.

Thank you for your attention to this matter.

Sincerely,


**s/Brian P. Mullins**
Counsel for Roland Flath