UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                                     Case No. 11-CR-69

ROLAND J. FLATH,

    Defendant.

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

On February 21, 2012, Attorney Brian P. Mullins, counsel for defendant, Roland J. Flath, filed a letter request asking the court for leave to withdraw as counsel for the defendant. (Docket # 64.) On February 23, 2012, the court conducted a hearing on Attorney Mullins' motion. Appearing on behalf of the plaintiff was Attorney Penelope L. Coblentz and Attorney Mi Yung Claire Park; on behalf of the defendant was Attorney Brian P. Mullins. The defendant also appeared in custody. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that Attorney Mullins' motion to withdraw as counsel for defendant is **GRANTED**. The Federal Defender Services is ordered to appoint substitute counsel for defendant Flath as soon as possible. Substitute counsel is ordered to confer with counsel for the government and notify Judge Stadtmueller by letter no later than March 8, 2012 on how they wish to proceed.

Dated at Milwaukee, Wisconsin this 23rd day of February, 2012.

>BY THE COURT
>
>_s/Nancy Joseph_
>NANCY JOSEPH
>United States Magistrate Judge