2 21 2012

Honorable Judge Joseph

I'm sorry to bother you again but it finally came to a point of no return with Attorney Brian Mullins. His insistance I should plead guilty from the onset worryed me, then refusal to forward requests finally blameing me that things weren't going well, including information such as explaining what I was being charged with until the last minute. We finally agreed we needed change. I'm begging for diferent counsel. I don't believe in not giveing a person every chance but some times it just dosen't work. At this point I can only thank the government for a generous plea as far as the time of incarceration again though there are other important issues. I've also written the prosecution

Roland Flath

11 CR 69