September 12, 2012

Honorable J. P. Stadtmueller
United States District Court
United States District Court House
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202

**Re: United States vs. Roland Flath**
    **Case No. 11CR69**

Dear Judge Stadtmueller:

      Pursuant to your request at the conclusion of the sentencing hearing in the above referenced matter I discussed with Mr. Flath his appellate options and his post-conviction rights. I made him aware that a notice of appeal had to be filed within 14 days of entry of the judgement in this case. He informed me that he did not want to appeal the sentence and judgement of conviction. Accordingly, a notice of appeal will not be filed in this case.

Respectfully Submitted:

Edward John Hunt
The Hunt Law Group, S.C.
Attorney for Defendant Roland Flath
s/Edward John Hunt
State Bar No. 1005649
829 North Marshall Street
Milwaukee, WI 53202
Telephone: (414) 225-0111
Fax: (414) 225-9492
Email: huntlaw@execpc.com