

To Honorable JP Stadtmueller 11/25/2012

Your Honor:

11 00069 001

I writing asking would you please allow me while in prison to have the alcohol treatment program. I've a long long parole period and do not want ever to be locked in again, for any reason. Before sentencing I'd asked Mr EJ Hunt but I don't think it was mentioned. I'd written Mr JP Fetherson asking if somehow to recover important papers and tool & household items I've told my Daughter Dove Clancy took.

Having gone thru this I'll forever remember, by not going thru trial you never heard much of or any defence that may have changed sent'sceing thou my 5yr I deserved

Sincerely
Roland Flatt

Could anyone do something about the terrable Medical in Kenosha. Many people go without, now my roomate has a quickly spreading skin infection they will not see - First Aid Cream Is there a Doctor ever here?