All my record were taken while being transported

I ask for a transcript to be sent to me at the address below

The only information as to my case is the attorneys name Mr E J Hunt & my Fed # 71720279

Roland Flath

*Roland Flath* (signature)

Roland Flath
71720279
Federal Correctional Institution
PO Box 9000
Seagoville TX 75159-9000

Thanks