2/25/2012

Hi

Sorry to bother you but I've written my Attorney but he hasn't replyed for some time. I'd asked for (Judgement) (Statement of reasons) 9-13-2012 (Amended Judgement) 9/18/2012 (Statement of reasons) 9/18/2012

Please if possible provide them and if possible all condition of supervised release or contact the proper people I'd be very greatfull

Sincerely Roland Flath

Roland Flath
71720279
Federal Correctional Inst.
Building B 53        Box 9000
Seagoville Tx 75159

2012 MAR -3 PM 12:28