OPS                                                    11-CR-69

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2014 JUL 24 A 10:50

Dear Sir/Mrs

I'm scheuled to go to a Milwaukee ½ way house January 6 2015. Because of health problems I'd request a shorter (3 month) ½ period only to find while here a (lump) inc 1 lung. My request for shorter ½ way was because of Besiense Der Mo diagignosed at Mayo of Rock greatly affecting lungs 3&7. vascular prompting a move south Belize lack of tolerance to cold weather

Now I asked for the 6 months to be able to doctor at Mayo (The lump and underlyeing DM PM

Would it be possible to use the Janesvil ½ way (closer to Mayo)

Dear Sir/Ms.

    This is reguarding a health problem, to make you aware of it and ask for a relocation to (Jamesville) or Jamesville because it's closer to Mayo clinic, Mayo because they manaaged to finally diagnose my disease, Dermotomyositis/polymyositis.
    Here at first I wanted a shorter 1/2 way house only to be told while here they now found a (lump) in my lung, prompting this request. I've save enough money for Insurance and really need to return to my doctor at Mayo, they were the only one to discover the disease after seeing many other clinics.
    The illness left me with 36% of my lungs distroyed capularys, weak and cold.

*Roland Flath*

Roland Flath 71726279
Federal Correctional Instutition
Box 9000
Seagoville Tx