November 19, 2014

From: Roland J. Flath
     Reg. No. 71720-279
     FCI Seagoville
     P.O. Box 9000
     Seagoville, TX 75159-9000



U.S. DIST. COURT EAST DIST. WISC
FILED
NOV 2 4 2014
AT_____O'CLOCK_____M
JON W. SANFILIPPO, CLERK

To: The Honorable J.P. Stadmueller
    United States District Court
    Eastern District of Wisconsin
    517 E. Wisconsin Ave.
    Milwaukee, WI 53202

Re: Case 11-CR-69-JPS, BOP Assistance

Dear Judge Stadmueller,

    I am writing today to ask your assistance in resolving a significant problem I am having with Federal Bureau of Prisons staff here at FCI Seagoville where I am imprisoned, following conviction and sentencing in your court.

    I understand that historically the Judiciary has been extremely reluctant to delve too deeply into DOJ or BOP practices, prefering instead to let these agencies govern themselves through established policy. But it is my sincere hope that you will consider offering whatever assistance you are able to correct this problem.

    In short, certain BOP Administrative staff members are actively prventing and passively blocking me from sending my own money from my BOP Inmate Trust Fund to my wife of 6 years in Guatamala. These BOP staff members (Unit Manager, Ms. P.M. Anthony, and Correctional Counselor, Mr. R.B. Squire) have been playing me like a Ping-Pong ball with the old bureaucratic run around. In addition, Mr. Squire has repeatedly and falsely told me that I cannot send money to anyone who is not on my Approved Visitation List. During most of the past year I have managed to side-step the obstuction of these two by dealing with other BOP staff. But recently Ms. Anthony has chose to actively block all my efforts, and these two have become twin bureaucratic brick walls that I have been unable to circumvent. Meanwhile, my wife suffers for lack of money that is mine to give her.

    Your Honor, as mentioned above, I am aware that the courts are traditionally and wisely hesitant to intercede in matters on my side of the razor wire. I am continuing to try and solve this problem through normal channels here. At the same time though, it occurs to me that a brief, pointed letter from you concerning this matter might serve to place these obstructionists on notice that their actions are not hidden and that they cannot deprive inmates of their rights simply because they have the power to do so.

    Thank you for reading this letter, and for your willingness to lend your name and position to upholding the rights of we inside who have lost so many of our other rights.

                                 Respectfully submitted,

                                 *[signature]*
                                 Roland J. Flath