UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                  Case No. 11-CR-0069

ROLAND FLATH,

      Defendant.

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

On May 9, 2012, Defendant Roland Flath entered a guilty plea to one count of Coercion or Enticement of a Minor Female, and on September 6, 2012 Judge Stadtmueller sentenced him to 60 months incarceration, to be followed by 10 years of supervised release. On December 13, 2017, the Probation office filed a Compliance Summary, indicating that some polygraph results were indicative of deception and requested the case be reassigned to the Green Bay Division so future compliance issues could be addressed locally, since Flath resided in this division. On November 2, 2020, Flath filed a motion seeking early termination of his supervision, citing his advanced age and health conditions. The Government and Probation offices have filed responses objecting to early termination.

Flath, who is 80 years old, has maintained part-time employment and chooses to stay working to keep busy and enable him to send money to his wife and daughter, who reside in Belize along with several of his wife's other children. His expressed goal is to terminate supervision to enable him to move to Belize to be with his wife and daughter. The position of Probation is that, although Flath has remained free of any moderate or high severity violations, he presents a risk to

the public as he has yet to successfully complete sex offender treatment. In addition, his motivation is to move back to the country in which he committed the instant offense (Belize) where his wife and daughter reside. The structure of his supervision mandates that he has no unsupervised contact with children and, without this condition in place and based on the nature of his offense, Flath would be a risk to the community. The Government agrees with the position of Probation, suggesting that continued supervision will facilitate his rehabilitation. The court also agrees. Flath's motion for early termination (Dkt. No. 100) is therefore denied.

**SO ORDERED** at Green Bay, Wisconsin this 29th day of December, 2020.

s/ William C. Griesbach
William C. Griesbach
United States District Judge